entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien.

*Lloyd Paul Stryker* for appellants.

*William C. Arnold* and *Norman M. Burrell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHRISTOPHER COSMIDES, Appellant.

*People* v. *Cosmides,* 133 App. Div. 103, affirmed.
(Argued March 21, 1910; decided April 5, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 18, 1909, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of receiving stolen property.

*William L. McDonald* for appellant.

*Charles S. Whitman,* District Attorney (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ. Absent: GRAY, J.

---

EDWARD O. SCHERNIKOW, Appellant, *v.* GEORGE M. GILLIES, Respondent.

*Schernikow* v. *Gillies,* 129 App. Div. 909, affirmed.
(Argued March 21, 1910; decided April 5, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered